# **GENERAL MUTUAL RELEASE**

TO ALL WHOM THESE PRESENTS SHALL COME, OR MAY CONCERN:

GREETING, KNOW YE, that in exchange for the execution of the parties' Stipulation of Settlement and the promises therein, each of SUNG K. BAE, individually, HYUN S. PARK, individually, GUN D. YOO, individually, JEONG J. LEE, individually, HWAN K. KIM, individually, JEONG S. LEE (a/k/a Jeong Sook Lee, once spelled as Joung Sook Lee, and captioned as Jeung S. Lee), individually, SOL BAWOO KOREAN RESTAURAUNT, and NEW YORK CHINESE RESTAURANT, hereby exchange mutual releases and forever discharge each other's officers, directors, agents, representatives, heirs, executors, administrators, successors and assigns of and from all manner of actions, causes of action, suits, debts, dues, sums of money, accounts, reckoning, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims and demands whatsoever, in law, in admiralty, or in equity, which against any and all parties ever had, now has or which it or its successors hereafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of these presents.

More particularly, but in no way limiting its full force and effect, this Release pertains to the Action as defined and set forth in the parties' Stipulation of Settlement and to any and all actions of any kind by any party whatsoever in any way related to the allegations of the Action, provided, however, that none of the parties releases any claim based upon breach of the terms of the Stipulation of Settlement or otherwise unrelated to the allegations of the Action.

This release may not be changed orally.

In Witness Whereof, both Plaintiffs and Defendants have hereunto set their hand and seal on the 21st day of November, 2012.

_____
SUNG K. BAE

STATE OF NEW YORK   )
                    ss.:
COUNTY OF QUEENS    )

On the 19 day of November, 2012 before me, the undersigned, personally appeared SUNG K. BAE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

STEVEN CHOI
Notary Public State of New York
No. 02CH6134256
Qualified in Westchester County
Commission Expires Sept. 26, 2013

_____
Notary Public

_____
HYUN S. PARK

STATE OF NEW YORK   )
                    ss.:
COUNTY OF QUEENS    )

On the 19 day of November, 2012 before me, the undersigned, personally appeared HYUN S. PARK, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

STEVEN CHOI
Notary Public State of New York
No. 02CH6134256
Qualified in Westchester County
Commission Expires Sept. 26, 2013

_____
Notary Public

_____
GUN D. YOO

STATE OF NEW YORK ) 
                  ss.:
COUNTY OF QUEENS )

On the 19 day of November, 2012 before me, the undersigned, personally appeared GUN D.YOO, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

STEVEN CHOI
Notary Public, State of New York
No. 02CH6134256
Qualified in Westchester County
Commission Expires Sept. 26, 2013

_____
Notary Public

_____
JEONG J. LEE

STATE OF NEW YORK )
                  ss.:
COUNTY OF QUEENS )

On the 19 day of November 2012 before me, the undersigned, personally appeared JEONG J. LEE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

STEVEN CHOI
Notary Public, State of New York
No. 02CH6134256
Qualified in Westchester County
Commission Expires Sept. 26, 2013

_____
Notary Public

_____
JEONG S. LEE, individually

STATE OF NEW YORK  )
                                   ) ss.:
COUNTY OF _Queens_  )

    On the 21st day of November, 2012 before me, the undersigned, personally appeared J JEONG S. LEE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____Christine Chu_____
Notary Public

Christine Chu
Commissioner of Deeds, City of New York
Number: 4-7407
Certificate filed in: Queens County
Term expires: September 1, 2014

SOL BAWOO RESTAURANT CORP.

By:_____
    HWAN K. KIM

SOL BA WOO KOREAN RESTAURANT CORP D/B/A
NEW YORK CHINESE RESTAURANT

By:_____
    HWAN K. KIM

_____
HWAN K. KIM, individually

STATE OF NEW YORK )
                              ss.:
COUNTY OF Queens )

On the 21 day of November 2012 before me, the undersigned, personally appeared HWAN K. KIM, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_Christine Chu_
Notary Public

Christine Chu
Commissioner of Deeds, City of New York
Number: 4-7407
Certificate filed in: Queens County
Term expires: September 1, 2014