UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
SUNG K. BAE, HYUN S. PARK, GUN D. YOO, and
JEONG J. LEE,

                                  Plaintiffs,                INDEX NO: CV 11-6240

      -against-

HWAN K. KIM, JEUNG S. LEE, SARANGBANG        **AFFIDAVIT OF**
TWO CORP., SOL BAWOO KOREAN                       **CONFESSION OF**
RESTAURANT and NEW YORK CHINESE              **JUDGMENT**
RESTAURANT,

                                Defendants.
----------------------------------------------------------------X

STATE OF NEW YORK   )
                              )  ss.:
COUNTY OF Queens     )

     HWAN K. KIM and JEONG S. LEE, being duly sworn, depose and say:

     1.    We are the owners of Defendants SOL BAWOO KOREAN RESTAURANT, which was owned by Sol Ba Woo Restaurant Corp. and NEW YORK CHINESE RESTAURANT, which was owned by Hwan K. Corp.

     2.    Defendant Jeung S. Lee's legal name is Jeong Sook Lee, also known as Jeong S. Lee and once spelled as Joung Sook Lee.

     3.    We have full authority to make this Affidavit of Confession of Judgment on behalf of Defendants SOL BAWOO KOREAN RESTAURANT and NEW YORK CHINESE RESTAURANT, and ourselves as individuals.

     4.    We hereby confess judgment and authorize entry thereof against Defendants SOL BAWOO KOREAN RESTAURANT and NEW YORK CHINESE RESTAURANT, and ourselves as individuals in the United States District Court, Eastern District of New York, in

favor of Plaintiffs in the sum of $50,000.00 (fifty thousand dollars), in the form of the Judgment attached hereto as Exhibit A.

5. This Confession of Judgment is for a debt due to Plaintiffs, arising from the following facts: Plaintiffs were employed by Defendants. Defendants failed to compensate Plaintiffs fully under applicable Federal and New York State Law. Compensation remains due to the Plaintiffs in the amount of $50,000.00.

6. Defendants SOL BAWOO KOREAN RESTAURANT and NEW YORK CHINESE RESTAURANT and we agree that this Confession of Judgment may be filed with the Clerk of the Court in the United States District Court in the Eastern District of New York or any other jurisdiction necessary or convenient to the Plaintiffs without further notice to any party or ourselves.

7. Defendants SOL BAWOO KOREAN RESTAURANT and NEW YORK CHINESE RESTAURANT and we consent to the subject matter and personal jurisdiction of the United States District Court, Eastern District of New York, to resolve any claim, cause of action or suit arising out of this Confession of Judgment and the separate Stipulation of Settlement.

Dated: Bayside, New York
November 21, 2012

IN WITNESS WHEREOF, I, as/an authorized signatory on behalf of Defendants SOL BAWOO KOREAN RESTAURANT and NEW YORK CHINESE RESTAURANT, have obtained and covenant that I have obtained the necessary approval to sign this Affidavit of Confession of Judgment on behalf of SOL BAWOO KOREAN RESTAURANT and NEW YORK CHINESE RESTAURANT, and hereto set my hand and the seals of those entities on the 21 day of November, 2012.

SOL BAWOO KOREAN RESTAURANT CORP.

By: _____   Hwan K. Kim as Owner

SOL BAWOO KOREAN RESTAURANT CORP. P/B/A
NEW YORK CHINESE RESTAURANT

By: _____   Hwan K. Kim as Owner

STATE OF NEW YORK       )
                        )   s.s.:
COUNTY OF  Queens       )

On the 21st day of November r, 2012 before me, the undersigned, *Hwan K. Kim*, personally appeared and who is personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity as owner of SOL BAWOO RESTAURANT and NEW YORK CHINESE RESTAURANT and that by his signature on this instrument, the entity on behalf of which the individual acted, executed this instrument.

CORP. D/B/A

**Christine Chu**
Commissioner of Deeds, City of New York
Number: 4-7407
Certificate filed in: Queens County
Term expires: September 1, 2014

_Christine Chu_
Notary Public

**IN WITNESS WHEREOF**, I, *Hwan K. Kim*, have hereto set my hand and seal on the 21 day of November, 2012.

HWAN K. KIM

By: _____
    Hwan K. Kim Individually

STATE OF NEW YORK       )
                        )   s.s.:
COUNTY OF  Queens       )

On the 21 day of November , 2012 before me, the undersigned, *Hwan K. Kim*, personally appeared and who is personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that by his signature on this instrument, he individually executed said instrument in his personal capacity.

3

*Christine Chu*
*Commissioner of Deeds, City of New York*
*Number: 4-7407*
*Certificate filed in: Queens County*
*Term expires: September 1, 2014*

_____
Notary Public

**IN WITNESS WHEREOF**, I, *Jeong S. Lee*, have hereto set my hand and seal on the 21 day of November, 2012.

JEUNG S. LEE

By: _____
       Jeong S. Lee Individually


STATE OF NEW YORK     )
                      )   s.s.:
COUNTY OF  Queens     )

On the 21 day of November, 2012 before me, the undersigned, *Jeong S. Lee*, personally appeared and who is personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that by her signature on this instrument, she individually executed said instrument in her personal capacity.

*Christine Chu*
*Commissioner of Deeds, City of New York*
*Number: 4-7407*
*Certificate filed in: Queens County*
*Term expires: September 1, 2014*

_____
Notary Public

4

**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
SUNG K. BAE, HYUN S. PARK, GUN D. YOO, and
JEONG J. LEE,

                        Plaintiffs,           INDEX NO: CV 11-6240

     -against-                       **JUDGMENT PURSUANT TO**
                                                             **AFFIDAVIT OF CONFESSION**
HWAN K. KIM, JEUNG S. LEE, SARANGBANG      **OF JUDGMENT**
TWO CORP., SOL BAWOO KOREAN
RESTAURANT and NEW YORK CHINESE
RESTAURANT,                                     *CORP, D/B/A*

                        Defendants.
------------------------------------------------------------------X

       Pursuant to the Affidavit of Confession of Judgment ("Affidavit") executed by Hwan K. Kim, Jeong S. Lee (a/k/a Jeong Sook Lee, once spelled as Joung Sook Lee, and captioned here as Jeung S. Lee), SOL BAWOO KOREAN RESTAURANT ~~and~~ NEW YORK CHINESE RESTAURANT ("Defendants"), dated November 21, 2012, that has been filed with this Court, a judgment shall be entered in favor of Plaintiffs and against Defendants in the sum of $50,000.00 (fifty thousand dollars). Plaintiffs shall also be awarded interest on the amount of the Judgment, after Judgment is entered and until the Judgment is paid in full, at the Court determined legal rate.

      Awarded judgment amount           $50,000.00

      Interest on Judgment                 _____

      TOTAL JUDGMENT                    _____

      Assent to entry of judgment on the foregoing confession is hereby given.

                                                                                **SO ORDERED.**

                                                                         _____
                                                                         **Joan M. Azrack**
                                                                         **United States Magistrate Judge**

Brooklyn, New York
November____, 2012