UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
SUNG K. BAE, HYUN S. PARK, GUN D. YOO, and
JEONG J. LEE,

                              Plaintiffs,                INDEX NO: CV 11-6240

         -against-                                JUDGMENT PURSUANT TO
                                                      AFFIDAVIT OF CONFESSION
HWAN K. KIM, JEUNG S. LEE, SARANGBANG     OF JUDGMENT
TWO CORP., SOL BAWOO KOREAN
RESTAURANT and NEW YORK CHINESE
RESTAURANT,

                              Defendants.

[handwritten: CORP, D/B/A]

-----------------------------------------------------------------X

      Pursuant to the Affidavit of Confession of Judgment ("Affidavit") executed by Hwan K. Kim, Jeong S. Lee (a/k/a Jeong Sook Lee, once spelled as Joung Sook Lee, and captioned here as Jeung S. Lee), SOL BAWOO KOREAN RESTAURANT and NEW YORK CHINESE RESTAURANT ("Defendants"), dated November 21, 2012, that has been filed with this Court, a judgment shall be entered in favor of Plaintiffs and against Defendants in the sum of $50,000.00 (fifty thousand dollars). ~~Plaintiffs shall also be awarded interest on the amount of the Judgment, after Judgment is entered and until the Judgment is paid in full, at the Court determined legal rate.~~ Plaintiffs shall also be awarded post-judgment interest pursuant to 28 U.S.C. 1961.

Awarded judgment amount                $50,000.00


TOTAL JUDGMENT                $50,000

Assent to entry of judgment on the foregoing confession is hereby given.

                                                                          SO ORDERED.

                                                                           s/JMA

                                                                 _____
                                                                 Joan M. Azrack
                                                                 United States Magistrate Judge

Brooklyn, New York
~~November ___, 2012~~
December 3, 2012